UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

DIEGO AVELEON

                Defendant.

Case No.: 7: 17MJ 6465 (MRG)

**ORDER OF DISMISSAL**

---

Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED.

Hon. Martin R. Goldberg,
United States Magistrate Judge

Dated:  22nd day of FEBRUARY, 2021
Poughkeepsie, New York

NUNC PRO TUNC TO 1/26/2018